UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

2008 APR 11 PM 1:10

'08 MJ 1119

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>BALTAZAR VEGA MELENDREZ<br>DOB 11/13/1980 | Magistrate Case No.<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 18, United States Code<br>Section 751(a)<br>Escape from Federal Custody |

The undersigned complainant, being duly sworn states:

That on or about March 16, 2008, in the Southern District of California, San Diego, California, BALTAZAR VEGA MELENDREZ did unlawfully and willfully escape from an institution and facility in which he was confined by direction of the Attorney General, to wit: CORRECTIONAL ALTERNATIVES, Inc., San Diego, California, a federally contracted facility, said custody and confinement being by virtue of his conviction for Importation of Marijuana, Title 21 United States Code Sections 942 and 960, in violation of Title 18, United States Code, Section 751(a).

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Don Vazquez
Deputy United States Marshal

Sworn to before me, and subscribed in my presence, this 11th day of April, 2008.

United States Magistrate Judge

STATEMENT OF PROBABLE CAUSE

I, Don Vazquez, being duly sworn, hereby depose and say:

I am a Deputy United States Marshal and have been so employed for over 19 years.

This statement of facts is made in support of a complaint against Baltazar VEGA MELENDREZ for Escape from the custody of the Attorney General, in violation of Title 18, United States Code, Section 751(a). On March 16, 2008, I received a report that Baltazar VEGA MELENDREZ had escaped from Correctional Alternatives Inc., a federally contracted facility, located at 551 South 35th Street, San Diego, California.

On March 25, 2008, I reviewed files from the United States Marshals Service and the Community Corrections Office. My review of the files revealed the following facts:

VEGA MELENDREZ was in custody based on his guilty plea entered in District Court in the Southern District of California for violation of Title 21 United States sections 952 and 960, for importation of marijuana. The guilty plea was entered on March 13, 2006, before The Honorable Marilyn L. Huff, Southern District of California docket number 05CR2155-H. VEGA MELENDREZ was sentenced to the custody of the United States Bureau of Prisons for a term of eighteen months and three years of supervised release.

On March 13, 2006, VEGA MELENDREZ admitted guilt to violating his supervised released in case number 02CR2782-LAB. The Honorable Larry Alan Burns, Southern District of California revoked the defendants' supervised release and sentenced him to the custody of the United States Bureau of Prisons for a term of fifteen months to run consecutively to docket number 05CR2155-H.

January 22, 2006, VEGA MELENDREZ was transferred from the Federal Correctional Institution (FCI), in Lompoc California to Correctional Alternatives, Inc., located at 551 South 35th Street, San Diego, CA for the final portion of his term. As part of his placement the defendant was required to return to the facility every evening at 9:00 P.M.

VEGA MELENDREZ was scheduled to be released from Federal custody on April 19, 2008.

On March 16, 2008, at approximately 9:00 P.M. , VEGA MELENDREZ failed to return to the facility as scheduled and required. VEGA MELENREZ was on a social pass at the time of the escape. Local law enforcement, hospitals and detention centers were contacted producing negative results. VEGA MELENDREZ sister's home telephone was called on numerous occasions and met with negative results.

On March 25, 2008, VEGA MELENDREZ attempted to enter the United States from Mexico through the Calexico Port of Entry. VEGA MELENDREZ was arrested by United States Customs and Border Protection officers at the Port of Entry.

VEGA MELENDREZ is currently being held in Federal custody.

Don Vazquez
Deputy United States Marshal

Sworn to before me, and subscribed in my presence, this 11th day of April, 2008.

United States Magistrate Judge