**NOT FOR PUBLIC VIEW**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

UNITED STATES OF AMERICA,

V.

**BALTAZAR VEGA MELENDREZ**

Magistrate's Case No. '08 MJ 1119

WARRANT ISSUED ON THE BASIS OF:
__ Failure to Appear
__ Indictment
X Complaint
__ Order of Court
__ Information

WARRANT FOR ARREST

TO:

ANY U.S. MARSHAL OR OTHER AUTHORIZED OFFICER.

NAME AND ADDRESS OF PERSON TO BE ARRESTED:

BALTAZAR VEGA MELENDREZ

DISTRICT OF ARREST: Southern District of California

CITY OF ARREST:

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

Escape from Federal Custody

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF
CALIFORNIA
2008 APR 11 P 4:12

| **IN VIOLATION OF** | UNITED STATES CODE TITLE 18 | SECTION 751(a) |
|---|---|---|
| BAIL NO BAIL To be Detained | OTHER CONDITIONS OF RELEASE | |

ORDERED BY

DATE ORDERED
4/11/2008

CLERK OF COURT/U.S. MAGISTRATE BY [signature]

DATE ISSUED

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.