UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 APR 23 AM 8:30
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>BALTAZAR VEGA MELENDREZ | Magistrate's Case No. '08 MJ 1119 |
| WARRANT ISSUED ON THE BASIS OF:<br>__ Failure to Appear __ Order of Court<br>__ Indictment __ Information<br>X Complaint | WARRANT FOR ARREST |
| TO:<br><br>ANY U.S. MARSHAL OR OTHER AUTHORIZED OFFICER. | NAME AND ADDRESS OF PERSON TO BE ARRESTED:<br><br>BALTAZAR VEGA MELENDREZ |
| DISTRICT OF ARREST: Southern District of California | CITY OF ARREST: |

FILED
APR 23 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

DESCRIPTION OF CHARGES

Escape from Federal Custody

DATE 4/11/08
ARRESTED BY Dusty D. Vazquez
STEVEN C. STAFFORD
ACTING U.S. MARSHAL, S/CA
BY Edra J. Rogers

RECEIVED
U.S. MARSHAL
SOUTHERN DISTRICT OF CALIFORNIA
2008 APR 11 PM 4:12

| IN VIOLATION OF | UNITED STATES CODE TITLE 18 | SECTION 751(a) |
|---|---|---|
| BAIL ~~NO BAIL~~ To be Detained | OTHER CONDITIONS OF RELEASE | |
| ORDERED BY | | DATE ORDERED 4/11/2008 |
| CLERK OF COURT/U.S. MAGISTRATE BY | | DATE ISSUED |

RETURN

THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE-NAMED PERSON

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.

CLASS I 'A'    D. Vazquez